FOSTER et al. v. MYERS et al. (Circuit Court of Appeals, Eighth Circuit. September 6, 1897.) No. 877. Appeal from the Circuit Court of the United States for the District of Kansas. J. G. Hutchison, for appellants. John D. S. Cook and A. N. Gassett, for appellees. Dismissed, with costs, pursuant to the twenty-third rule, for failure to print record, on motion of appellees.

---

FREIBERG v. MATTINGLY CO. (Circuit Court of Appeals, Sixth Circuit. February 2, 1897.) No. 454. Appeal from the Circuit Court of the United States for the District of Kentucky. D. W. Fairleigh, for appellant. George W. Dane, for appellee. No opinion. Affirmed.